**UNITED STATES of America**
v.
**James Joseph HALL et al. (two cases).**

**Appeal of William Belz CONLEW, Appellant.**

**Nos. 71–1359, 71–1360.**

United States Court of Appeals, Third Circuit.

Argued Aug. 4, 1971.

Decided Aug. 13, 1971.

F. Emmett Fitzpatrick, Jr., Fitzpatrick & Smith, Philadelphia, Pa., for appellant.

Jeffrey M. Miller, Asst. U. S. Atty., (Louis C. Bechtle, U. S. Atty., on the brief), for appellee.

Before SEITZ, Chief Judge, and KALODNER and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

Appellant was convicted by a jury and sentenced for the crime of buying and receiving goods which had been stolen from interstate commerce, knowing them to have been so stolen. 18 U.S.C. § 659. We find no reversible error.

The judgments of the district court will be affirmed.

**Jose Manuel FRANCHI–ALFARO NE-GRIN, Petitioner-Appellant,**
v.
**UNITED STATES of America, Respondent-Appellee.**

**No. 71–1196.**

United States Court of Appeals, Fifth Circuit.

July 14, 1971.

Jose M. Franchi-Alfaro Negrin, pro se.

Robert W. Rust, U. S. Atty., Richard A. Hauser, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190; United States v. Lucia, 5th Cir. 1969, 423 F.2d 697, cert. denied, 1971, 402 U.S. 943, 91 S.Ct. 1607, 29 L.Ed.2d 111. The mandate of this Court will issue forthwith.

Reversed and remanded with directions.